UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-02824-JAM-CSK |
| | No. 2:24-cv-02829-JAM-CSK |
| | No. 2:24-cv-02831-JAM-CSK |
| | No. 2:24-cv-02832-JAM-CSK |
| | No. 2:24-cv-02834-JAM-CSK |
| | No. 2:24-cv-02839-JAM-CSK |
| | No. 2:24-cv-02841-JAM-CSK |
| | No. 2:24-cv-02844-JAM-CSK |
| | No. 2:24-cv-02857-JAM-CSK |
| | ORDER |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (See <u>Bonilla v. Fresno County</u>, Case No. 2: 18-cv-2544-TLN-KJN, ECF No. 13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the Court for review. (<u>Id.</u> at ECF No. 26.) If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed. (<u>Id.</u>)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.[1]

Accordingly, IT IS HEREBY ORDERED that 2:24-cv-02824, 2:24-cv-02829, 2:24-cv-02831, 2:24-cv-02832, 2:24-cv-02834, 2:24-cv-02839, 2:24-cv-02841, 2:24-cv-02844 and 2:24-cv-02857 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE** these cases. **No further filings will be accepted.**

Dated: October 24, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In the caption of 2:24-cv-02824, plaintiff names the Tuolumne County Superior Court. To the extent plaintiff intended to raise the claims raised in 2:24-cv-02824 in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-02824 are related to Plaintiff's Alameda County criminal conviction.

2